DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
HEBER VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>HEBER VASQUEZ,<br><br>        Defendant.<br>_____ | NO. CR.S-11-014-JAM<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: March 22, 2011<br>Time: 9:30 am.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for HEBER VASQUEZ, that the status conference hearing date of February 22, 2011 be vacated, and the matter be set for status conference on March 22, 2011 at 9:30 am.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including March 22, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 17, 2011.                     Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Public Defender


                                              /s/ Courtney Fein
                                              COURTNEY FEIN
                                              Designated Counsel for Service
                                              Attorney for Heber Vasquez

DATED: February 17, 2011.                     BENJAMIN WAGNER
                                              United States Attorney


                                              /s/ William Wong
                                              WILLIAM WONG
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff



                                    ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 22, 2011, status conference hearing be continued to March 22, 2011, at 9:30 am. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the March 22, 2011

2

status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   2/17/2011

                                        /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        United States District Judge