1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   COURTNEY FEIN, Bar #244785
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   (916) 498-5700

5   Attorney for Defendant
    HEBER VASQUEZ

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   NO. CR.S-11-014-JAM
                                     )
11             Plaintiff,            )
                                     )
12      v.                           )   **STIPULATION  AND  ORDER CONTINUING**
                                     )   **STATUS  CONFERENCE  AND**
13  HEBER VASQUEZ,                   )   **EXCLUDING TIME**
                                     )
14             D e f e n d a n t     ).  Date:  June 7, 2011
    _____ )  Time:  9:30 a.m.
15                                       Judge: Hon. John A. Mendez

16

17          IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for

19  Plaintiff, and COURTNEY FEIN, attorney for HEBER VASQUEZ, that the status conference

20  hearing date of May 3, 2011 be vacated, and the matter be set for status conference on June

21  7, 2011 at 9:30 a.m.

            The reason for this continuance is to allow defense counsel additional time to review
22
    the discovery, consult with her client, examine possible defenses, and continue investigating
23
    the facts of the case.  Based upon the foregoing, the parties agree that the time under the
24
    Speedy Trial Act should be excluded from the date of signing of this order through and
25
    including June 7, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to
26
    prepare] and Local Code T4 based upon continuity of counsel and defense preparation.
27

28

1   DATED:  April 27, 2011.                          Respectfully submitted,

2                                                    DANIEL J. BRODERICK
                                                     Federal Public Defender
3
                                                     /s/ Courtney Fein
4                                                    COURTNEY FEIN
                                                     Designated Counsel for Service
5                                                    Attorney for HEBER VASQUEZ

6
    DATED:  April 27, 2011.                          BENJAMIN WAGNER
7                                                    United States Attorney

8                                                    /s/  William Wong
                                                     WILLIAM WONG
9                                                    Assistant U.S. Attorney
                                                     Attorney for Plaintiff
10
                                    ORDER
11
        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
12
    May 3, 2011,  status conference hearing be continued to June 7, 2011, at 9:30 a.m.  Based on
13
    the representation of defense counsel and good cause appearing therefrom, the Court hereby
14
    finds that the failure to grant a continuance in this case would deny defense counsel
15
    reasonable time necessary for effective preparation, taking into account the exercise of due
16
    diligence.  The Court finds that the ends of justice to be served by granting a continuance
17
    outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that
18
    time up to and including the June 7, 2011 status conference shall be excluded from
19
    computation of time within which the trial of this matter must be commenced under the
20
    Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to
21
    allow defense counsel reasonable time to prepare.
22

23
    Dated: 4/27/2011                                 /s/ John A. Mendez
24                                                   JOHN A. MENDEZ
                                                     United States District Judge
25

26

27

28

                                             2