TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
HEBER VASQUEZ

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0014 JAM |
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF ADMIT OR DENY HEARING; FINDINGS AND ORDER** |
| v. | |
| HEBER VASQUEZ, | |
| Defendant. | |

Defendant, HEBER VASQUEZ, by and through his counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

1.      By previous order, this matter was set for admit or deny hearing on November 18, 2014.

2.      By this stipulation, defendant now moves to continue the admit or deny hearing until January 6, 2015 at 9:30 a.m., and  to exclude time between  November 18, 2014  and January 6, 2015 under Local Code T4.  The GOVERNMENT does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      A psychological examination of Mr. Vasquez has been requested but not yet completed. Defense counsel believes it would be more beneficial to have the psychological results of the examination before determining which allegations to admit as Mr. Vasquez' psychological issues

1   may have affected the behavior that is the basis of those allegations. Defense counsel needs more

2   time to prepare the case prior to an admit or deny hearing.

3          b.    Counsel for defendant believes that failure to grant the above-requested

4   continuance would deny her the reasonable time necessary for effective preparation, taking into

5   account the exercise of due diligence.

6          c.    The GOVERNMENT does not object to the continuance.

7          d.    The GOVERNMENT and counsel for the defendant are working toward

8   resolution of the case.

9          g.    Based on the above-stated findings, the ends of justice served by continuing

10   the case as requested outweigh the interest of the public and the defendant in a trial within the

11   original date prescribed by the Speedy Trial Act.

12          g.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

13   § 3161, *et seq.*, within which trial must commence, the time period of November 18, 2014 to January

14   6, 2015 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

15   T4] because it results from a continuance granted by the Court at defendant's request on the basis of

16   the Court's finding that the ends of justice served by taking such action outweigh the best interest of

17   the public and the defendant in a speedy trial.

18       4.    Nothing in this stipulation and order shall preclude a finding that other provisions of

19   the Speedy Trial Act dictate that additional time periods are excludable from the period within which

20   a trial must commence.

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1    IT IS SO STIPULATED.

2    Dated:  November 17, 2014              BENJAMIN B. WAGNER
                                            United States Attorney
3

4                                          By:    */s/ Toni White for*____
                                           OLUSERE OLOWOYEYE
5                                          Assistant U.S. Attorney

6                                          For the United States

7    Dated:  November 17, 2014              By:    */s/ Toni White* _____
                                           TONI WHITE
8

9                                          For the Defendant

10

11

12                                 **O R D E R**

13   IT IS SO FOUND AND ORDERED this 17th day of November, 2014.

14

15                                          /s/ John A. Mendez_____

16                                          HON. JOHN A. MENDEZ

17                                          UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28