1  TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
2  11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
3  Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245
4

5  Attorney for Defendant
HEBER VASQUEZ
6

7

8             IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:11-CR-0014 JAM

12                         Plaintiff,      **STIPULATION REGARDING
                                           CONTINUANCE OF ADMIT OR
13  v.                                     DENY HEARING;  FINDINGS AND
                                           ORDER**
14  HEBER VASQUEZ,

15                         Defendant.

16

17        Defendant, HEBER VASQUEZ, by and through his counsel of record, TONI WHITE, and

18  the GOVERNMENT hereby stipulate as follows:

19        1.      By previous order, this matter was set for admit or deny hearing on January 6, 2015.

20        2.      By this stipulation, defendant now moves to continue the admit or deny hearing until

21  February 3, 2015, and to exclude time between  January 6, 2015  and February 3, 2015 under Local

22  Code T4.  The GOVERNMENT does not oppose this request.

23        3.      The parties agree and stipulate, and request that the Court find the following:

24            a.      A psychological examination of Mr. Vasquez has been requested and we are

25  awaiting the report. Defense counsel believes it would be more beneficial to have the psychological

26  results of the examination before determining which allegations to admit as Mr. Vasquez'

27  psychological issues may have affected the behavior that is the basis of those allegations. Defense

28  counsel needs more time to prepare the case prior to an admit or deny hearing.

                                           1
    Stipulation and [Proposed] Order for Continuance of
    Status Hearing and for Exclusion of Time

b.     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.     The GOVERNMENT does not object to the continuance.

d.     The GOVERNMENT and counsel for the defendant are working toward resolution of the case.

g.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of January 6, 2015 to February 3, 2015 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

2

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1    IT IS SO STIPULATED.

2    Dated:  Janary 5, 2015              BENJAMIN B. WAGNER
                                         United States Attorney
3
                                         By:    */s/ Toni White for*
4                                        OLUSERE OLOWOYEYE
                                         Assistant U.S. Attorney
5
6                                        For the United States

7    Dated:  January 5, 2015            By:    */s/ Toni White*
                                         TONI WHITE
8
9                                        For the Defendant

10

11

12                            **O R D E R**

13   IT IS SO FOUND AND ORDERED this 5th day of January, 2015.

14

15   /s/ John A. Mendez_____

16   HON. JOHN A. MENDEZ

17   UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

3

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time